UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD WATERS, JR.,
    Plaintiff,

v.                                                                       CASE NO. 3:24-CV-00858-(KAD)

PIERRE KORY,
    Defendant.

**PARTIAL JUDGMENT**

    This matter came on for consideration of a consent motion for final judgment before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On February 11, 2025, the Court issued a ruling granting the motion and finding that partial judgment shall enter, pursuant to Rule 54(b), in favor of the defendant on Count 3. It is therefore;

    ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of the defendant as to Count 3.

    Dated at Bridgeport, Connecticut this 21st day of February 2025.

                                                                                DINAH MILTON KINNEY, Clerk
                                                                                <u>By /s/ Kristen Gould</u>
                                                                                Kristen Gould
                                                                                Deputy Clerk

<u>EOD: 2/21/2025</u>